894

No. 01–174. LONG, INDIVIDUALLY AND DERIVATIVELY AS A SHAREHOLDER OF REGENCY HOME FASHIONS, INC. *v.* SILVER, INDIVIDUALLY AND IN HIS FIDUCIARY CAPACITY AS A SHAREHOLDER OF REGENCY HOME FASHIONS, INC., AND AS TRUSTEE OF THE LOUIS L. SILVER LIVING TRUST, ET AL. C. A. 4th Cir. Certiorari denied.

No. 01–182. SOSBEE *v.* DEPARTMENT OF JUSTICE ET AL. C. A. 9th Cir. Certiorari denied.

No. 01–191. IANNACCONE *v.* MASSANARI, ACTING COMMISSIONER OF SOCIAL SECURITY. C. A. 2d Cir. Certiorari denied.

No. 01–192. FEWELL ET AL. *v.* PICKENS. Sup. Ct. Ark. Certiorari denied.

No. 01–193. HEITMAN *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 01–198. STRICKLAND *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 01–201. PERCAN *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 01–203. BLOUGH *v.* UNITED STATES ET AL. C. A. 11th Cir. Certiorari denied.

No. 01–208. PITNEY BOWES INC. ET AL. *v.* H & D TIRE & AUTOMOTIVE-HARDWARE, INC., ET AL. C. A. 5th Cir. Certiorari denied.

No. 01–209. BREEN *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 01–211. TRUDEL *v.* VAUGHN, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT GRATERFORD, ET AL. C. A. 3d Cir. Certiorari denied.

No. 01–212. HOYLE *v.* NATIONAL CREDIT UNION ADMINISTRATION ET AL. C. A. 4th Cir. Certiorari denied.

No. 01–216. AMERICAN MEDICAL SECURITY, INC. *v.* SKILSTAF, INC. C. A. 11th Cir. Certiorari denied.